UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| DANIA YAMILETH CARCAMO-ORTIZ, | No. 1:26-cv-01352-DAD-EFB (HC) |
| Petitioner, | |
| v. | ORDER |
| KRISTI NOEM, et al., | |
| Respondents. | |

Petitioner proceeds with this petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241. The District Judge has granted preliminary injunctive relief and referred the matter to the undersigned magistrate judge. ECF No. 9.

It is HEREBY ORDERED that, within 7 days of the date of this order, the parties shall inform the court whether they wish to stand on the current briefing or file supplemental briefing addressing the merits of the petition.

DATED: March 9, 2026

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

1