UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DANIA YAMILETH CARCAMO-ORTIZ,

Petitioner,

v.

KRISTI NOEM, et al.,

Respondents.

No. 1:26-cv-01352-DAD-EFB

ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND GRANTING PETITION FOR WRIT OF HABEAS CORPUS

(Doc. No. 25)

Petitioner Dania Yamileth Carcamo-Ortiz is a federal immigration detainee proceeding with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241. This matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On June 29, 2026, the assigned magistrate judge issued findings and recommendations recommending that petitioner's petition for writ of habeas corpus (Doc. No. 1) be granted. (Doc. No. 25.) Specifically, the magistrate judge found that petitioner has overcome the *Zadvydas v. Davis*, 533 U.S. 678 (2001) presumption that she has been detained for a reasonable period even though she has been detained for less than six months because she was granted withholding of removal from Honduras, she has not consented to her removal to Mexico, and the Mexican government does not accept individuals who do not willingly accept removal to Mexico. (*Id.* at 7–9.) As such, petitioner has tendered unrebutted evidence that diplomatic impediments render

1

her removal not significantly likely in the reasonably foreseeable future, and as a result she must be released.  (*Id.*)  In the alternative, the magistrate judge found that petitioner's due process rights were violated by respondents' revocation of her supervised release in contravention of required procedures.  (Id. at 9–11.)  Further, the magistrate judge recommends that the court not transfer this matter to the District of Massachusetts.  (*Id.* at 11–12.)  The pending findings and recommendations were served on the parties and contained notice that any objections thereto were to be filed within seven (7) days of service.  (*Id.* at 12.)

On July 6, 2026, respondents filed objections to the pending findings and recommendations.  (Doc. No. 26.)  Respondents argue that petitioner has been detained for less than six months and has not shown that there is no significant likelihood of removal in the foreseeable future.  (*Id.* at 1–2.)  The court rejects respondents' arguments presented in the objections as unpersuasive.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this court has conducted a *de novo* review of the case.  Having carefully reviewed the entire file, including respondents' objections, the court concludes that the findings and recommendations are supported by the record and by proper analysis.

For the reasons above,

1.    The findings and recommendations issued on June 29, 2026 (Doc. No. 25) are ADOPTED IN FULL;

2.    Petitioner's petition for writ of habeas corpus (Doc. No. 1) is GRANTED as follows:

   a.    Respondents are ORDERED to immediately release petitioner Dania Yamileth Carcamo-Ortiz, A-File No. 220-790-949, from respondents' custody on the conditions she was subject to, if any, immediately prior to her re-detention on February 2, 2026;

   b.    Respondents are ENJOINED and RESTRAINED from re-detaining petitioner unless they provide petitioner with notice and a pre-detention hearing before an immigration judge;

2

c.   Respondents are ENJOINED and RESTRAINED from seeking to revoke petitioner's supervision unless and until they comply with all procedures set forth in 8 C.F.R. § 241.4, any other applicable statutes and regulations, and the requirements of due process;

3.   The Clerk of the Court is directed to serve a copy of this order on the California City Detention Facility; and

4.   The Clerk of the Court is also directed to ENTER judgment in favor of petitioner and close this case.

IT IS SO ORDERED.

Dated:   **July 20, 2026**                    _Dale A. Drozd_

DALE A. DROZD
UNITED STATES DISTRICT JUDGE

3